594

No. 20, original. WISCONSIN *v.* MICHIGAN. March 4, 1933. The reply to the defendant's answer is received and ordered filed.

No. —, original. EX PARTE ATKINS. March 13, 1933. Motion for leave to file petition for writ of *habeas corpus* denied. *Mr. Charles W. Atkins, pro se.*

No. 5, original. WISCONSIN ET AL. *v.* ILLINOIS ET AL.;
No. 8, original. MICHIGAN ET AL. *v.* SAME; and
No. 9, original. NEW YORK ET AL. *v.* SAME. March 13, 1933. The report of the Special Master in these causes is received and ordered to be filed.

No. 541. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* A. T. JERGINS TRUST. January 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Thacher* for petitioner. *Messrs. Thomas R. Dempsey* and *A. Calder Mackay* for respondent.

No. 515. BEMIS BRO. BAG Co. *v.* UNITED STATES. January 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. Stanley S. Waite, Abraham Lowenhaupt,* and *R. S. Doyle* for petitioner. *Solicitor General Thacher* for the United States.

No. 559. HARRISONVILLE *v.* W. S. DICKEY CLAY MFG. Co. January 23, 1933. Petition for writ of certiorari to the